**2016–1703.  State v. Angel.**
Hamilton App. No. C–150533.
  FISCHER, J., not participating.

**2016–1706.  State v. Dominguez.**
Hamilton App. No. C–150710.
  O'NEILL, J., dissents.
  FISCHER and DEWINE, JJ., not participating.

**2016–1715.  In re L.S.**
Hamilton App. No. C–150526, 2016-Ohio-5582.
  FRENCH, J., dissents.
  FISCHER, J., not participating.

**2016–1721.  State v. Shalash.**
Hamilton App. No. C—150614.
  FISCHER and DEWINE, JJ., not participating.

**2016–1735.  State v. Simes.**
Cuyahoga App. No. 103672, 2016-Ohio-7300.
  FRENCH, J., dissents.

**2016–1746.  State v. Sferro.**
Medina App. No. 15CA0035–M, 2016-Ohio-7257.

**2016–1806.  Stepp v. Medina City School Dist. Bd. of Edn.**
Medina App. Nos. 15CA0071–M and 15CA0073–M, 2016-Ohio-5875. Motion to consolidate denied.
  O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

**2017–0013.  State v. Shaw.**
Clermont App. No. CA2016–09–064.

**2017–0018.  Evans v. Quest Diagnostics, Inc.**
Hamilton App. No. C–160370.
  FISCHER and DEWINE, JJ., not participating.

**2017–0019.  State v. Profanchik.**
Mahoning App. No. 16 MA 0175.

**2017–0023.  State v. Shank.**
Medina App. No. 14CA0090–M, 2016-Ohio-7819.
  DEWINE, J., dissents and would accept the cause on proposition of law No. IV.

**2017–0031.  State v. Mann.**
Sandusky App. No. S–16–039.

**2017–0036.  State v. Cowan.**
Cuyahoga App. No. 103855, 2016-Ohio-8045.

**2017–0069.  State v. King.**
Muskingum App. No. CT2015–0058, 2016-Ohio-2788.

**2017–0083.  State v. Norfleet.**
Coshocton App. No. 2016CA0009, 2016-Ohio-8236.

**2017–0095.  State v. Underwood.**
Hamilton App. No. C–150380.
  FISCHER and DEWINE, JJ., not participating.

**2017–0097.  Deutsche Bank Natl. Trust Co. v. Taylor.**
Summit App. No. 28069, 2016-Ohio-7090.

**2017–0111.  State v. Walker.**
Richland App. No. 09CA88, 2016-Ohio-8615.